

MEMORANDUM TO
THE HONORABLE DORA IRIZARRY
UNITED STATES DISTRICT JUDGE

RE: Odessa McQune
ED/NY Docket #: 07 CR 221
**Drug Supervision Program Memorandum**

The above-captioned offender last appeared before The Court on April 8, 2008 for her monthly drug supervision program hearing. At that time, the Court admonished her for failing to make any progress, and for failing to attend all of her scheduled treatment sessions.

Since our last appearance, the offender has requested a discharge from Your Honor's drug supervision program. As per the Informed Consent, which was signed by all parties on April 17, 2007, the offender has a right to do this at any time. When asked why she would choose this path, she simply stated that she feels too much pressure from the Probation Department and the Court to make changes in her life.

To her credit, she has moved from the New York City shelter system back into her boyfriend's Brooklyn residence. This is the same apartment that met the approval of the Court several months ago. She has also cooperated with our Department's referral for a mental health evaluation. We are still awaiting the final report.

The offender is aware that the jurisdiction in this case will remain with Your Honor (unless, of course, Your Honor chooses to have the case randomly assigned to another United States District Judge). In view of her request, we respectfully request that Your Honor approve the offender's discharge from the drug supervision program, by noting your response below.

Submitted by: *Christopher Wodzinski*   Approved: *Joseph Franco*
Christopher Wodzinski                    Joseph Franco
Senior U.S. Probation Officer            Supervising U.S. Probation Officer

May 12, 2008

The Court Orders:

That the offender be removed    S/DLI
from the drug supervision
program effective immediately: _____    May 12, 2008
                                U.S.D.J.                 Date

Other: _____

                                _____
                                U.S.D.J.                 Date